UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONALD A. MARCUM                                                              PLAINTIFF

v.                                    No. 2:21-CV-02086

SHERIFF JIMMY STEVENS, et al.                                              DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 12) from Chief United States Magistrate Judge Mark Ford. The deadline to file objections has passed. Plaintiff receives service by mail, but mail from the Clerk (including the report and recommendation) to Plaintiff has been returned. The Magistrate recommends Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's local rules and orders and failure to prosecute. The Court has reviewed the report and recommendation and the record de novo, and the report and recommendation is ADOPTED.

IT IS THEREFORE ORDERED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 12th day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE